IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,                         No. CIV S-06-2912 LKK EFB P

        vs.

TOM FELKER, et al.,

        Defendants.               <u>ORDER</u>

       /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's December 26, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

        So ordered.

DATED: January 3, 2008.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE