IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                               No. CIV S-06-2912 LKK EFB P

      vs.

TOM FELKER, et al.,

      Defendants.                  ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's January 31, 2008, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint. The court does not intend to grant additional requests for extensions of time.

      So ordered.

DATED: March 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE