1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES CHATMAN,

11            Plaintiff,                    No. CIV S-06-2912 LKK EFB P

12        vs.

13   TOM FELKER, Warden, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Plaintiff's has filed a motion for reconsideration of the order filed April 29,

18   2009, in which the court found that plaintiff stated claims against some defendants but not

19   against others.  Plaintiff points out that the screening order did not address two of the many

20   claims asserted in the April 18, 2008, amended complaint.  One is a claim that when plaintiff

21   was using crutches and had one arm in a sling, R. Rath allegedly used brute force to push

22   plaintiff into a wall in violation of the Eighth Amendment.  The other is a claim that J. Stiles

23   falsely stated on official documents that plaintiff had given away property that in fact had been

24   stolen in order to retaliate against plaintiff for the exercise of his First Amendment rights.   The

25   court has reviewed these two claims and finds that, for the limited purposes of § 1915A

26   screening, they each state a claim.   *See* 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's May 13, 2009, motion for reconsideration is granted.

2. Because service of R. Rath and J. Stiles on the above-mentioned claims does not materially alter plaintiff's obligations under the April 29, 2009, order, that order remains in effect.

3. Service is appropriate for defendants R. Rath and J. Stiles.

4. The Clerk of the Court shall send plaintiff two USM-285 forms and one summons.[1]

5. Within 20 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and two copies of the endorsed April 18, 2008, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants R. Rath and J. Stiles pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that claims against these defendants be dismissed.

Dated: June 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court already has provided plaintiff with a copy of the amended pleading and instructions for service of process. Dckt. 16.

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES CHATMAN,

11              Plaintiff,                    No. CIV S-06-2912 LKK EFB P

12         vs.

13    TOM FELKER, Warden, et al.,

14              Defendants.              NOTICE OF SUBMISSION OF DOCUMENTS

15    _____/

16         Plaintiff hereby submits the following documents in compliance with the court's order

17    filed _____:

18              ___1___          completed summons form

19              ___2___          completed forms USM-285

20              ___2___          copies of the ___April 18, 2008_____
                                             First Amended Complaint
21

22    Dated:

23                                        _____
                                                       Plaintiff
24

25

26

                                             3