IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                            No. CIV S-06-2912 LKK EFB P

   vs.

TOM FELKER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 26, 2010, plaintiff filed a motion for court intervention in serving defendant Patton.  On August 31, 2010, the court ordered defendants' counsel to conduct a good-faith inquiry as to the whereabouts of defendant Patton.  Defendants' counsel complied with the order on September 30, 2010, stating that Patton is no longer employed by CDCR, but that they have a last-known home address for him.

      Accordingly, it is hereby ORDERED that:

      1. The Clerk of the court shall serve on counsel for defendants a copy of the complaint, summons, the unexecuted waiver of service for defendant Patton, and this order;

      2. Within 14 days of the date of this order, defendants' counsel shall mail the documents to defendant Patton at his last-known home address;

1

3.  Defendant Patton shall respond within the time prescribed by the Federal Rules of Civil Procedure; and

4.  Defendant Patton's failure to respond may result in personal service by the U.S. Marshal.

DATED: November 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE