IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                        No. CIV S-06-2912 LKK EFB P

    vs.

TOM FELKER, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court previously ordered that dispositive motions be filed by October 2, 2011. Dckt. No. 59.

      On October 1, 2011, the day before the dispositive motion deadline, defendants requested that the case be stayed for 60 days so that they may engage in further settlement negotiations with plaintiff. Dckt. No. 68. Defendants requested that the court issue a new scheduling order if the case does not settle after 60 days.

      Plaintiff has filed a motion to compel discovery, which the court has not yet ruled on. *See* Dckt. Nos. 65, 66, 67. The ruling on the discovery motion may affect the parties' summary judgment motions.

////

1

1  Good cause appearing, it is hereby ORDERED that the current deadline for dispositive
2  motions is hereby vacated.  Dispositive motions shall be filed no later than 21 days after the
3  court issues its ruling on the motion to compel.
4  DATED: October 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2