RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815
Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136
Jamil R. Ghannam, SBN 300730

Attorneys for Defendants,
RATH, AMERO, KOENIG, PFADT,
KEATING, LAGUNA, J. STILES, GUIMOND, ROSS,
HOUGLAND, DILLARD, PARK, GORDON, COX,
JAMES, HARVEY, PATTON, BARCUS and S. STILES

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. 2:06-cv-02912 RCJ |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] AS TO DEFENDANTS COX, HARVEY AND JAMES |
| vs. | |
| TOM FELKER, et al. | |
| Defendants. | |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff CHARLES CHATMAN, in pro se and Defendants COX, HARVEY and JAMES, by and through their attorney, Jonathan B. Paul, Esq., that these individual defendants and Plaintiff's claims against them for deliberate indifference to his serious medical needs are dismissed with prejudice forthwith. Each side is to bear their own attorney's fees and costs.

///

///

///

Dated: November 3, 2015

*[signature]*
CHARLES CHATMAN
Plaintiff in Pro se

Dated: November 3, 2015

RIVERA & ASSOCIATES

*[signature]*
JONATHAN B. PAUL
Attorney for Defendants
RATH, AMERO, KOENIG, PFADT, KEATING, LAGUNA, J. STILES, GUIMOND, ROSS, HOUGLAND, DILLARD, PARK, GORDON, PATTON, BARCUS and S. STILES

IT IS SO ORDERED this 4th day of November, 2015.

*[signature]*

ROBERT C. JONES
District Judge

RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815
Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136

Attorneys for Defendants,
RATH, AMERO, KOENIG, PFADT,
KEATING, LAGUNA, J. STILES, GUIMOND, ROSS,
HOUGLAND, DILLARD, PARK, GORDON, COX,
JAMES, HARVEY, PATTON, BARCUS and S. STILES

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>TOM FELKER, et al.<br><br>           Defendants. | CASE NO. 2:06-cv-02912 RCJ<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

PLAINTIFF CHARLES CHATMAN and DEFENDANTS RATH, AMERO, KOENIG, PFADT, KEATING, LAGUNA, J. STILES, GUIMOND, ROSS, HOUGLAND, DILLARD, PARK, GORDON, PATTON, BARCUS and S. STILES hereby give notice to the Court that the parties have reached a settlement upon all of Plaintiff's remaining claims which resolves the entire case. It is anticipated the parties will require no more than 45 days to file dispositional documents. It is hereby requested that all future applicable dates be vacated in light of the settlement and that the Court recall the order and writ of habeas corpus ad testificandum issued for Plaintiff Charles Chatman on October 14, 2015.

///

///

```
 1   Dated: November 3, 2015              RIVERA & ASSOCIATES
 2
 3                                        [signature]
 4                                        JONATHAN B. PAUL
                                          Attorney for Defendants
 5                                        RATH, AMERO, KOENIG, PFADT, KEATING,
                                          LAGUNA, J. STILES, GUIMOND, ROSS,
 6                                        HOUGLAND, DILLARD, PARK, GORDON,
                                          PATTON, BARCUS and S. STILES
 7
 8   Dated: November 3, 2015              [signature]
 9
                                          CHARLES CHATMAN
10                                        PLAINTIFF
11
12
     IT IS SO ORDERED this 4th day of November, 2015.
13
14   [signature]
15
     ROBERT C. JONES
16   District Judge
```

RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136
Jamil R. Ghannam, SBN 300730

Attorneys for Defendants,
RATH, AMERO, KOENIG, PFADT,
KEATING, LAGUNA, J. STILES, GUIMOND, ROSS,
HOUGLAND, DILLARD, PARK, GORDON, COX,
JAMES, HARVEY, PATTON, BARCUS and S. STILES

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | CASE NO. 2:06-cv-02912 RCJ |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
| vs. | |
| TOM FELKER, et al. | |
| Defendants. | |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff CHARLES CHATMAN, in pro se and Defendants RATH, AMERO, KOENIG, PFADT, KEATING, LAGUNA, J. STILES, GUIMOND, ROSS, HOUGLAND, DILLARD, PARK, GORDON, PATTON, BARCUS and S. STILES, by and through their attorney, Jonathan B. Paul, Esq., that the entire action is dismissed with prejudice forthwith. Each side is to bear their own attorney's fees.

///

///

///

1 | Dated: November 3, 2015

    _____
    CHARLES CHATMAN
    Plaintiff in Pro se

6 | Dated: November 4, 2015          RIVERA & ASSOCIATES

    _____
    JONATHAN B. PAUL
    Attorney for Defendants
    RATH, AMERO, KOENIG, PFADT, KEATING,
    LAGUNA, J. STILES, GUIMOND, ROSS,
    HOUGLAND, DILLARD, PARK, GORDON,
    PATTON, BARCUS and S. STILES

IT IS SO ORDERED this 4th day of November, 2015.

_____
ROBERT C. JONES
District Judge